## MITCHELL BROS. TRUCK LINES v.
## UNITED STATES ET AL.

No. 993.   Decided June 15, 1964.

*William F. White* for appellant.

*Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Robert W. Ginnane, Francis A. Silver* and *Betty Jo Christian* for the United States et al.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

## DUNNE LEASES CARS & TRUCKS, INC.,
## v. LUSSIER, REGISTRAR OF MOTOR
## VEHICLES FOR RHODE ISLAND.

No. 1029.   Decided June 15, 1964.

Reported below: See —— R. I. ——, 196 A. 2d 728.

*Abraham Belilove* and *Samuel J. Kolodney* for appellant.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.